1

2

3

4

5

6

7

8

9

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

**CLARENCE GODBOULDT,**                          CIV S-03-1683 GEB GGH P

13
                                   Petitioner,    **[PROPOSED] ORDER ON**
14                                                **REQUEST FOR SECOND**
                                                  **ENLARGEMENT OF TIME TO**
15          **v.**                                **FILE RESPONSIVE PLEADING**

**A. A. LaMARQUE, Warden,**
16
                                   Respondent.
17

18

19

20          GOOD CAUSE APPEARING,

21              IT IS ORDERED that Respondent's application for a second enlargement of time is hereby

22  granted.  An answer to the petition for writ of habeas corpus shall be filed on or before June 9, 2005.

23

24  DATED: 5/11/05
                                        /s/ Gregory G. Hollows
25
                                        _____
26                                      HONORABLE GREGORY G. HOLLOWS
                                        United States Magistrate Judge
27  godb1683.eot05

28