| | |
|---|---|
| 1 | John Ward |
|   | 584 Castro Street, #802 |
| 2 | San Francisco, California 94114 |
|   | Telephone: (415) 255-4996 |
| 3 | State Bar No. 102449 |
| 4 | Attorney for Petitioner |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE GODBOULDT, | ) | No. CIV S-03-1683 GEB GGH P |
|  | ) |  |
| Petitioner, | ) | **ORDER** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| A. A. LAMARQUE, WARDEN | ) |  |
| Respondent. | ) |  |
| _____ | ) |  |

   Good cause appearing, and respondent not objecting, the time to file the traverse/reply in the above matter is extended to and including July 29, 2005.

Dated: 6/30/05

/s/ Gregory G. Hollows

_____
United States Magistrate Judge

godb1683.ord06

UNOPPOSED MOTION FOR EXTENSION OF TIME