IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GODBOULDT,

        Petitioner,                2:03-cv-1683-GEB-GGH-P

    vs.

A.A. LaMARQUE, et al.,

        Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 13, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.[1]

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

---

[1] Petitioner therein posits no specified objections, asking only that a de novo review of this matter be conducted and a different order entered.

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 13, 2008, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

Dated: May 7, 2008

GARLAND E. BURRELL, JR.
United States District Judge